United States District Court
Northern District of Texas
Office of the Clerk
Dallas Division

USA

vs

Nanda, Atul

Case Number: 3:13-CR-065-M (01)

Receipt of Passport

---

The deputy clerk below acknowledges receipt of the following Passport.

Identfication Number: F0253344 Republic of India

Tendered by: Defendant's Attorney

For the Benefit of: Nanda Atul

Description: Passport

Karen Mitchell
Clerk of Court

*Doug Thornton* (signature)
Doug Thornton, Deputy Clerk
Date: 02/27/2013