# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

HON. **IRMA CARRILLO RAMIREZ**, Presiding
DEPUTY CLERK **MARIE RAMOS**
LAW CLERK _____
INTERPRETER _____
A.M. _____ P.M. 2:00

COURT REPORTER/TAPE **FTR**
USPO _____
COURT TIME: 1 MIN.
DATE: February 27, 2013

---

CR. No. **3:13-CR-065-M**   DEFT No. **(01)**

| UNITED STATES OF AMERICA | § | CYNTHIA GOODMAN, AUSA |
| v. | § | |
| ATUL NANDA | § | JOHN HELMS ☐ |
| Defendant's Name | | Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGNMENT

☒ Defendant SWORN.
☒ **arr.** Arraignment  ☐ **rearr.** Rearraignment - Held on count(s) **1, 2-11**
      of the **11** count(s) ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
☒ **pl.** Deft enters a plea of   ☒ **ngpl.** (not guilty) ☐ **gpl.** (guilty) ☐ **nolopl.** (nolo)
☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ Waiver of Jury Trial
☐ **wvindi.** Waiver of Indictment, filed.
☐ Plea Agreement accepted.   ☐ Court defers acceptance of Plea Agreement.
☐ **plag.** Plea Agreement filed (see agreement for details).   ☐ No Plea Agreement.
☐ Plea Agreement included with Factual Resume.
☐ **facres.** Factual Resume filed.
☐ **sen.** Sentencing set _____ at _____ a.m./p.m.
☒ **jytrl.** Trial set for **TBA** at _____ a.m./p.m.
      Pretrial motions due: _____. Discovery motions/Government Responses due: _____.
☐ Order for PSI, Disclosure Date and Setting Sentencing entered.
☐ **wvpsi.** PSI waiver filed. ☐ PSI due: _____. ☐ Presentence Referral Form to: _____.
☐ **o.(bnd.)** Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ **owarr.** Deft failed to appear, bench warrant to issue.
☒ Bond ☒ continued ☐ forfeited
☐ Deft Custody/Detention continued.
☐ **loc.(LC)** Deft REMANDED to custody.
OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 27 2013
CLERK, U.S. DISTRICT COURT
By _____ Deputy