ORIGINAL

U.S. MARSHALS SERVICE
N/TX DALLAS OFFICE

# United States District Court
# Northern District of Texas
### Dallas Division

2013 FEB 20 PM 4: 47

SEALED

UNITED STATES OF AMERICA

V.

ATUL NANDA

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:13-cr-065-M-(01)

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ATUL NANDA

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Commit Visa Fraud
Wire Fraud

in violation of Title   18; 8; 18

United States Code, Section(s)

371; 1324(a)(1)(A)(iv), 1324(a)(1)(B)(i) ; 1343; 2

| Karen Mitchell, U.S. District Court Clerk | *Karen Mitchell* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| U.S Magistrate Judge Paul D. Stickney | Feb 20, 2013                Dallas, TX |
| | Date                           Location |

s/ Y. Pace
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dallas TX

| DATE RECEIVED  2/21/13 | NAME AND TITLE OF ARRESTING OFFICER  SPECIAL AGENT HSI  KIMBERLY FRANKLIN | SIGNATURE OF ARRESTING OFFICER  *Kimberly Franklin* |
|---|---|---|
| DATE OF ARREST  2/29/13 | | |

FID: 9144913