IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 3:13-CR-065-M |
| | * | |
| ATUL NANDA (01), | * | |
| JITEN JAY JANDA (02), | * | |
| SIVA SUGAVANAM (03), | * | |

## ORDER

Counsel for Defendants Atul Nanda (01), Jiten Jay Janda (02), and Siva Sugavanam (03), made a limited appearance on behalf of the defendants for purposes of their initial appearances only. The Court has not received an entry of appearance of counsel on behalf of any of these defendants.

The Court fully expects the defendants to retain counsel. If they fail to comply and hire counsel, the Court may take the step of appointing counsel and requiring the defendants to repay the government for the cost of a court-appointed attorney.

Accordingly, the Court ORDERS Defendants Atul Nanda, Jiten Jay Janda, and Siva Sugavanam, to take the necessary steps to obtain counsel by **April 4, 2013**.

The Court further ORDERS the Clerk of Court to mail a copy of this order to each defendant at the following addresses: ATUL NANDA, 5119 Burkett Dr., Frisco, Texas 75034, JITEN JAY JANDA, 4549 Biltmore Dr., Frisco, Texas 75034, and SIVA SUGAVANAM, 3621 Frankford Rd., #121, Dallas, Texas 75287.

SO ORDERED.

DATED: March 21, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS