IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____Dallas_____ DIVISION

UNITED STATES OF AMERICA

v.

Atul Nanda

CRIMINAL NO. 3: 13-CR-065-M

**ENTRY OF APPEARANCE OF COUNSEL**

X   I wish to enter my appearance as *retained* counsel for Atul Nanda in this cause.

☐   I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated: ___April 4, 2013_____

_____/s/ John M. Helms_____
*Signature of Attorney*

_____John M. Helms_____
*Attorney Name (Please Print)*

_____Tx. 09401001_____
*Attorney Bar Number*

_____Helms, Roberts & Diaz LLP____
*Address*

_____6060 N. Central, Suite 560_____

_____Dallas, Tx 75206_____

_____214-800-2086_____
*Telephone (including area code)*
_____214-800-2057_____*Fax*  __
john@northtexastriallawyers.com