# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| Plaintiff § | |
| § | |
| v. § | CRIMINAL ACTION NO. |
| § | |
| **ATUL NANDA** § | 3:13-CR-065-M |
| **JITEN "JAY" NANDA** § | |
| **SIGA SUGAVANAM** § | |
| **VIVEK SHARMA** § | |
| **ROHIT MEHRA** § | |
| **MOHAMMAD KAHN** § | |
| Defendants § | |
| _____ § | |

## NOTICE OF FILING OF ACKNOWLEDGEMENT
## OF SPEEDY TRIAL RIGHTS BY DEFENDANT ATUL NANDA

Defendant Atul Nanda hereby gives notice of the filing of his Acknowledgement of Speedy Trial Rights, which is attached hereto.

Respectfully submitted,

\_\_\_\_/s/ John M. Helms_____
John M. Helms
Texas Bar No. 09401001
HELMS, ROBERTS & DIAZ LLP
6060 N. Central Expressway, Suite 560
Tel  (214) 800-2032
Fax (214) 800-2057
john@northtexastriallawyers.com

ATTORNEY FOR DEFENDANT,
ATUL NANDA

**CERTIFICATE OF SERVICE**

    I hereby certify that, on  April 29, 2013, I caused service of the above and foregoing instrument to all counsel of record in this case through the Court's electronic filing system.

                                              __/s/ John Helms_____  
                                              John Helms