UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | § § § | |
| v. | § § | CRIMINAL ACTION NO. |
| ATUL NANDA<br>JITEN "JAY" NANDA<br>SIGA SUGAVANAM<br>VIVEK SHARMA<br>ROHIT MEHRA<br>MOHAMMAD KAHN<br>Defendants | § § § § § § § § § | 3:13-CR-065-M |

## ACKNOWLEDGEMENT OF FACTS AND WAIVER OF SPEEDY TRIAL RIGHTS BY DEFENDANT ATUL NANDA

In support of his motion for continuance, Defendant Atul Nanda states that he has been fully advised of his right to a speedy trial under the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. Section 3161. He hereby knowingly and intelligently waives his right to a speedy trial during the pendency of his Motion for Continuance. He and his counsel affirm that he is competent to do so.

Mr. Nanda has consulted with his counsel. He is aware that the discovery in this case is voluminous and complex. He agrees that a continuance is necessary in order to prepare his defense adequately. He understands that his counsel, counsel for the other defendants, and counsel for the United States, have agreed that a trial starting on the first or second Monday of December 2013, would be appropriate given the amount of discovery and the scheduling conflicts of counsel and that his motion for a continuance requests a continuance until this time. He agrees with the request for a continuance until this time and waives his right to a speedy trial

in support of his motion for a continuance. He respectfully requests that the Court accept this acknowledgment and grant his motion for a continuance.

_____
ATUL NANDA

Respectfully submitted,

_____
John M. Helms
Texas Bar No. 09401001
HELMS, ROBERTS & DIAZ LLP
6060 N. Central Expressway, Suite 560
Tel (214) 800-2032
Fax (214) 800-2057
john@northtexastriallawyers.com

ATTORNEY FOR DEFENDANT,
ATUL NANDA

### CERTIFICATE OF SERVICE

I hereby certify that, on April 29, 2013, I caused service of the above and foregoing instrument to all counsel of record in this case through the Court's electronic filing system.

_____
John Helms